UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SETSEA SPA,

                Plaintiff,

- against -

SOURCE LINK SHIPPING CO. LTD.,

                Defendant.
------------------------------------------------------------------X

07 CV 4147
ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: May 29, 2007
       New York, NY

                The Plaintiff,
                SETSEA SPA,

        By:    /S/
                Lauren C. Davies (LD 1980)
                Thomas L. Tisdale (TT 5263)
                TISDALE LAW OFFICES LLC
                11 West 42nd Street, Suite 900
                New York, NY 10036
                (212) 354-0025 (Phone)
                (212) 869-0067 (Fax)
                ldavies@tisdale-law.com
                ttisdale@tisdale-law.com